**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

ROBERT LYONS, GAYLON CARMACK, JOSEF ZASPEL, SCOTT MALCOM, as Participants in and Trustees of the Carpenters and Joiners Health & Welfare Fund; and DAVID HAMILTON, WILLIAM GRIMM, PETER DONNINO, AND TIMOTHY McGOUGH, as Trustees of the Carpenters and Joiners Health & Welfare Fund,

Plaintiffs,

v.

DUANE H. BENGSTON, JACKSON S. BAEHMAN, LOVERING & ASSOC., INC., JAMES STEELE CONSTRUCTION CO., HOME INSURANCE CO., RISK ENTERPRISE MANAGEMENT, LTD., and REGENT INSURANCE/GENERAL CASUALTY CO.,

Defendants.

Civil No. 02-759 (JRT/FLN)

**TEMPORARY RESTRAINING ORDER**

---

Pamela H. Nissen and David Thompson, McGRANN, SHEA, ANDERSON, CARNIVAL, STARUGH & LAMB, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiffs.

Jackson S. Baehman, BAEHMAN LAW OFFICE, 716 Currel Blvd., Suite 240, Woodbury, MN 55125, for defendant Duane H. Bengston.

Raymond J. Benning, ARTHUR, CHAPMAN, KETTERNING, SMETAK & PIKALA, P.A., 500 Young Quinlan Building, 81 South Ninth St., Minneapolis, MN 55402, for defendants Lovering & Associates, Inc. and Home Insurance Company.

FILED APR 1 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Howard Held, FITCH, JOHNSON, LARSON, WALSH & HELD, P.A., 100 Washington Sq., Suite 648, Minneapolis, MN 55401, for defendants James Steele Construction Co. and Regent Insurance/General Casualty Co.

Plaintiffs have moved for a temporary restraining order to prevent the transfer of certain funds. The Court has reviewed plaintiffs' submissions, and heard argument from counsel for all parties in a telephone conference on April 15, 2002.

Based upon all of the files, records, and proceedings herein, and upon the argument of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for a temporary restraining order [Docket No. 2] is **GRANTED IN PART**.

2. Until further order of this Court granting or refusing a preliminary injunction or dissolving this Temporary Restraining Order, a temporary restraining order is hereby entered against defendants as follows: Defendant Jackson S. Baehman shall immediately deposit in his firm's trust account the sum of $6,381.71, to be taken from funds paid in settlement in the matter of *Duane H. Bengston v. Lovering & Associates, James Steele Construction Co., Home Insurance Co. (administered by Risk Enterprise Management, Ltd.), and Regent Insurance/General Casualty Co.*, File No. 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, Minnesota Office of Administrative Hearings, Workers Compensation Section. This sum shall be held in the trust account.

3. No bond shall issue at this time.

4. The parties shall meet and confer to discuss possible settlement of this matter, and shall notify the Court no later than Noon on Thursday, April 18, 2002 of the results of these discussions.

DATED: April 15, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge