UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 02-CV-759 JRT/FLN

ROBERT LYONS, GAYLORD CARMACK, JOSEF ZASPEL, SCOTT MALCOLM, as participants in and Trustees of the Carpenters and Joiners Health & Welfare Fund; and DAVID HAMILTON, WILLIAM GRIMM, PETER DONNINO, and TIMOTHY MCGOUGH, as Trustees of the Carpenters and Joiners Health and Welfare Fund,

Plaintiffs,

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

DUANE H. BENGSTON, JACKSON S. BAEHMAN, LOVERING & ASSOCIATES, INC., JAMES STEELE CONSTRUCTION CO., HOME INSURANCE COMPANY, RISK ENTERPRISE MANAGEMENT LTD., REGENT INSURANCE/GENERAL CASUALTY COMPANY,

Defendants.

Pursuant to Fed.R.Civ.P. 41(a), the parties in the above-captioned matter, by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: 5/22/02

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela H. Nissen
Atty Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys for Plaintiffs

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ______

By______
Jackson S. Baehman
Atty. Reg. No. 200633
7616 Currell Boulevard, Suite 240
Woodbury, MN 55125
Telephone: (651) 738-7316

Attorneys for Defendant

Dated: 6/11/02

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.

By Ray J. Benning
Raymond J. Benning
Atty. Reg. No. 209776
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
Telephone: (612) 339-3500

Attorneys for Defendant

Dated: 6/12/02

FITCH, JOHNSON, LARSON, WALSH & HELD, P.A.

By Howard Y. Held
Howard Y. Held
Atty. Reg. No.
Diane E. Walsh
Atty. Reg. No.
100 Washington Square, Suite 648
Minneapolis, MN 55401-2138
Telephone: (612)332-1023

Attorneys for Defendant

## ORDER

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: June 27, 2002

The Honorable John R. Tunheim
Judge of District Court